# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jonathan Paul Langley ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                               3:11-cv-00245-RJC

Officer FNU Lemon ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/18/2012 Order.

Signed: July 18, 2012

_____
Frank G. Johns, Clerk
United States District Court